**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Whoop, Inc.,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 26-328 (MN) |

**ORDER GRANTING *EX PARTE* APPLICATION**
**DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court in the *Ex Parte* Application of Applicant Whoop, Inc. ("WHOOP") for an Order pursuant to 28 U.S.C. § 1782, authorizing discovery from Finerpoint, Inc. d/b/a Bevel ("Bevel") for use by WHOOP in foreign patent proceedings against Bevel in the Federal Republic of Germany and/or the Unified Patent Court.

Having fully considered the Application and the papers filed and submitted therewith, the Court finds that the Application meets the statutory criteria for an order pursuant to 28 U.S.C. § 1782, and that the discretionary *Intel* factors also favor granting the Application.

Accordingly, IT IS HEREBY ORDERED this 7th day of April 2025 that the Application is **GRANTED**. WHOOP is authorized to and shall serve a subpoena *duces tecum* on Bevel including the topics identified in Exhibit A and a copy of this Order.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to preclude Bevel from timely moving to quash a subpoena or from challenging alleged deficiencies in the Application.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge

**Exhibit A – Document Requests**

1. Documents sufficient to describe how the Bevel App measures and/or calculates "Sleep Score."
2. Documents sufficient to describe how the Bevel App measures and/or calculates "Sleep Needed."
3. Documents sufficient to describe how the Bevel App measures and/or calculates "Sleep Debt."
4. Documents sufficient to describe how the Bevel App measures and/or calculates "Sleep Goal."
5. Documents sufficient to describe how the Bevel App recommends and adjusts "Wind Down time."
6. Documents sufficient to describe how the Bevel App recommends and adjusts "Target Bedtime."
7. Documents sufficient to describe how the Bevel App measures and/or calculates "Resting Heart Rate."
8. Documents sufficient to describe how and when the Bevel App measures and/or calculates "Heart Rate Variability."
9. Documents sufficient to describe how the Bevel App measures and/or calculates "Heart Rate Recovery."
10. Documents sufficient to describe how and when the Bevel App measures and/or calculates "Strain Score."
11. Documents sufficient to describe how the Bevel App measures and/or calculates "Recovery Score."
12. Documents sufficient to describe how the Bevel App measures and/or calculates "Stress Score."
13. Documents sufficient to describe how the Bevel App measures and/or calculates "Cardio Load."
14. Documents sufficient to describe how the Bevel App identifies a hormonal cycle and a phase within the hormonal cycle.
15. Documents sufficient to describe how the Bevel App's Target Strain recommendation engine functions.
16. Documents sufficient to describe how the Bevel App generates and communicates exercise recommendations.